**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARREN JERNIGAN

    Plaintiff,

vs.                                                                      **Civil Action No.:     05-1164**

JBG/L'ENFANT PLAZA HOTEL OPERATOR, LLC
And POTOMAC CREEK ASSOCIATES, LP

    Defendants.
_____/

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF**
**THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Darren Jernigan, certify that to the best of my knowledge and belief, the following are not parent companies, subsidiaries or affiliates of Plaintiff, which may have any outstanding securities in the hands of the public:

**LIST:**      None

This representation is made in order that judges of this Court may determine the need for recusal.

      _/s/Joel R. Zuckerman_                                             _June 15, 2005_
      Joel R. Zuckerman, Esquire                                  Date
      District of Columbia Attorney No.: 480152
      Schwartz Zweben & Slingbaum, LLP
      51 Monroe Street, Suite 812
      Rockville, Maryland 20850
      Telephone:  (301) 294-6868
      Facsimile:  (301) 294-6480