## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DARREN JERNIGAN

    Plaintiff,

vs.                               **Case No:   05-1164**

JBG/L'Enfant Plaza Hotel Operator, LLC
d/b/a  L'ENFANT PLAZA HOTEL

    Defendant.

_____/

## PROOF OF SERVICE

To the Clerk:

    Attached for filing, please find Affidavit of Service in the above captioned case indicating that Caplan Caplan & Kaye Process Servers served Defendant via personal service on June 30, 2005.  The return receipt attached hereto indicates that the Resident Agent for the Defendant, received the Summons and Complaint on June 30, 2005.

Dated this 12th day of July, 2005.

                                                /s/  Joel R. Zuckerman
                                                Joel R. Zuckerman, Esquire
                                                District of Columbia Attorney No.: 480152
                                                Schwartz Zweben & Slingbaum, LLP
                                                51 Monroe Street, Suite 812
                                                Rockville, Maryland 20850
                                                Telephone:    (301) 294-6868
                                                Facsimile:      (301) 294-6480
                                                Attorney for Plaintiff