UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN JERNIGAN

    Plaintiff,

vs.                             **Case No:   05-1164**

POTOMAC CREEK ASSOCIATES, LP et al.
d/b/a  L'ENFANT PLAZA HOTEL

    Defendant.

_____/

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE AN ANSWER AND/OR RESPONSIVE PLEADING TO COMPLAINT**

COMES NOW, the Plaintiff, by and through undersigned counsel, and hereby requests that the Court enter an Order enlarging the time for the Defendants to file an Answer and/or Responsive Pleading to the Complaint, and in support thereof, states as follows:

    1.    This is a case brought by the Plaintiff against the Defendants for violations of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12181, et seq. at the L'Enfant Plaza Hotel in Washington, D.C.

    2.    The Defendants were served on June 30, 2005, and an answer or other responsive pleading to the Complaint is due on July 20, 2005.

    3.    Defendants' attorney contacted the undersigned earlier today to advise that she was just recently retained by the Defendants and requested an additional thirty days in which to file an Answer or other responsive pleading so that she could meet with her clients and to retain local counsel in Washington, D.C.

4. Based upon the foregoing, the Plaintiff does not object to the entry of an order enlarging the time for the Defendants to file an Answer or other responsive pleading to the Complaint up to, and including, August 19, 2005.

WHEREFORE, in consideration of the foregoing, the Plaintiff respectfully requests that the Court grant the Defendants an additional thirty days, up to and including August 19, 2005, in which to file an Answer and/or other Responsive Pleading to the Plaintiff's Complaint.

Date: July 19, 2005

/s/ Joel R. Zuckerman
Joel R. Zuckerman, Esquire
District of Columbia Attorney No.: 480152
Schwartz Zweben & Slingbaum, LLP
51 Monroe Street, Suite 812
Rockville, Maryland 20850
Telephone:   (301) 294-6868
Facsimile:     (301) 294-6480
Attorney for Plaintiff