UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN JERNIGAN

    Plaintiff,

vs.                                                                   **Case No:   05-1164**

POTOMAC CREEK ASSOCIATES, LP et al.
d/b/a L'ENFANT PLAZA HOTEL

    Defendant.

_____/

**ORDER**

**UPON CONSIDERATION** of the Plaintiff's Motion for an Enlargement of Time for the Defendants to file an Answer or other responsive pleading to the Complaint, it is, this _____ day of July, 2005, by the United States District Court of for the District of Columbia, hereby

**ORDERED**, that the Defendants shall file an Answer or other responsive pleading to the Complaint no later than August 19, 2005.

_____
Judge, United States District Court
for the District of Columbia

Copies to:

Joel R. Zuckerman, Esq.