UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DARREN JERNIGAN

    Plaintiff,

vs.                                          **Case No:   05-1164**
                                              **Initial Scheduling Conference:**
                                              **September 14, 2005 at 10:00 a.m.**

POTOMAC CREEK ASSOCIATES, LP
d/b/a L'ENFANT PLAZA HOTEL

    Defendant.

_____/

## JOINT MOTION/STIPULATION TO POSTPONE THE INITIAL SCHEDULING CONFERENCE

    COMES NOW the parties, by and through their respective undersigned counsel, and respectfully move this Honorable Court to Postpone the Initial Scheduling Conference, presently scheduled for September 14, 2005 at 10:00 a.m. and in support thereof state:

    1.    This is a claim filed by the Plaintiff for injunctive relief under Title III of the Americans with Disabilities Act against the Defendants. The Plaintiff has alleged the existence of barriers to access in violation of the ADA at a hotel owned and/or operated by the Defendants.

    2.    On August 19, 2005, this Court scheduled an Initial Scheduling Conference for September 14, 2005 at 10:00 a.m.

    3.    In an effort to contain litigation costs and to explore settlement options, the parties have scheduled an inspection of the subject property on September 29, 2005. The parties are hopeful that a settlement can be reached within thirty to forty five days

after the inspection based upon the findings and recommendations of the parties' respective experts.

    4.    At this time, the parties respectfully request that the Initial Scheduling Conference presently set for September 14, 2005 at 10:00 a.m. be postponed to provide the parties with sufficient time to explore viable settlement options.

    WHEREFORE, for the reasons set forth herein, the parties respectfully request that the Initial Scheduling Conference presently scheduled for September 14, 2005 be postponed

DATED this   6th   , day of September, 2005.

/s/ Joel R. Zuckerman
Joel R. Zuckerman, Esq., 480152
**Schwartz, Zweben & Associates**
51 Monroe St., Suite 812
Rockville, Maryland 20850
Telephone     (301) 294-6868
Facsimile      (301) 294-6480

Counsel for Plaintiff


/s/

By Joel R. Zuckerman with express permission of:
Alan S. Weitz, Esq. #11072
Richard G. Wise, Esq. #134957
**Greenstein Delorme & Luchs, P.C.**
1620 L St., NW, Suite 900
Washington, D.C. 20036-5605
Telephone:  (202)454-5605

Counsel for Defendants