UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN JERNIGAN

    Plaintiff,

vs.                                       **Case No:**   **05-1164**
                                              **Initial Scheduling Conference:**
                                              **September 14, 2005 at 10:00 a.m.**

POTOMAC CREEK ASSOCIATES, LP
d/b/a  L'ENFANT PLAZA HOTEL

    Defendant.

_____/

**ORDER ON PARTIES' JOINT MOTION/STIPULATION TO POSTPONE
INITIAL SCHEDULING CONFERENCE**

    THIS CAUSE is before the Court upon the Parties' Joint Motion/Stipulation to Postpone Initial Scheduling Conference, and

    The Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that the Motion is GRANTED and the Initial Scheduling Conference presently scheduled for September 14, 2005, is postponed.


_____                                 _____
Date                                                    ELLEN SEGAL HUVELLE
                                                             United States District Judge

**Copies furnished to:**
**Joel R. Zuckerman, Esq.**
**Alan S. Weitz, Esq.**
**Richard G. Wise, Esq.**