UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN JERNIGAN,

    Plaintiffs,

v.

JBG/L'ENFANT PLAZA HOTEL OPERATOR, LLC and POTOMAC CREEK ASSOCIATES, LP d/b/a L'ENFANT PLAZA HOTEL,

    Defendants.

Case Number: 05-1164 - ESH

## STIPULATION OF DISMISSAL AS TO DEFENDANT JBG/L'ENFANT PLAZA HOTEL OPERATOR, LLC

Plaintiff Darren Jernigan and Defendants JBG/L'Enfant Plaza Hotel Operator, LLC and Potomac Creek Associates, LP, d/b/a L'Enfant Plaza Hotel, by their respective counsel, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) and LCvR 16.6, hereby stipulate to the dismissal with prejudice of the above-captioned action as to the defendant JBG/L'Enfant Plaza Hotel Operator, LLC only.

GREENSTEIN DELORME & LUCHS, P.C.

| | |
|---|---|
| /s/ Joel R. Zuckerman | /s/ Richard G. Wise |
| Joel R. Zuckerman  #480152 | Alan S. Weitz #110072 |
| Schwartz Zweben & Slingbaum, LLP | Richard G. Wise #134957 |
| 51 Monroe Street, Suite 812 | 1620 L Street, N.W., Suite 900 |
| Rockville, MD 20850 | Washington, DC 20036-5605 |
| Tel:  (301) 294-6868 | Telephone: (202) 452-1400 |
| Facsimile: (301) 294-6480 | Facsimile: (202) 452-1410 |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

Dated: November __, 2005

        Of Counsel for Defendants

        Mary A. Lau, Esq.
        Lau, Lane, Pieper, Conley & McCreadie, P.A.
        100 South Ashley Drive, Suite 1700
        Tampa, FL 33602
        (813) 229-2121

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Stipulation of Dismissal as to Defendant JBG/L'Enfant Plaza Hotel Operator, LLC was mailed, postage prepaid, on this __ day of November, 2005 to following:

| | |
|---|---|
| Joel Robert Zuckerman, Esq. | Mary A. Lau, Esq. |
| Schwartz, Zweben & Associates, LLP | Lau, Lane, Pieper, Conley & McCreadie, P.A. |
| 51 Monroe St., Suite 812 | 100 South Ashley Drive, Suite 1700 |
| Rockville, MD 20850 | Tampa, FL 33602 |

        /s/ Richard G. Wise
        Richard G. Wise

274366v1