UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN JERNIGAN,

    Plaintiffs,

v.

JBG/L'ENFANT PLAZA HOTEL OPERATOR, LLC and POTOMAC CREEK ASSOCIATES, LP d/b/a L'ENFANT PLAZA HOTEL,

    Defendants.

:
:
:
:
:
: Case Number: 05-1164 - ESH
:
:
:
:
:
:
:

## STIPULATION OF DISMISSAL AS TO DEFENDANT POTOMAC CREEK ASSOCIATES, LP

Plaintiff Darren Jernigan and Defendant Potomac Creek Associates, LP, d/b/a L'Enfant Plaza Hotel, by their respective counsel, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) and LCvR 16.6, hereby stipulate to the dismissal with prejudice of the above-captioned action as to the sole remaining defendant Potomac Creek Associates, LP.

                                                                          GREENSTEIN DELORME & LUCHS, P.C.

| | |
|---|---|
|   /s/ Joel R. Zuckerman |   /s/ Richard G. Wise |
| Joel R. Zuckerman  #480152 | Alan S. Weitz #110072 |
| Schwartz Zweben & Slingbaum, LLP | Richard G. Wise #134957 |
| 51 Monroe Street, Suite 812 | 1620 L Street, N.W., Suite 900 |
| Rockville, MD 20850 | Washington, DC 20036-5605 |
| Tel:  (301) 294-6868 | Telephone: (202) 452-1400 |
| Facsimile: (301) 294-6480 | Facsimile: (202) 452-1410 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

Dated: November 21, 2005

Of Counsel for Defendants

Mary A. Lau, Esq.
Lau, Lane, Pieper, Conley & McCreadie, P.A.
100 South Ashley Drive, Suite 1700
Tampa, FL 33602
(813) 229-2121

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Stipulation of Dismissal as to Defendant Potomac Creek Associates, LP was mailed, postage prepaid, on this 21st day of November, 2005 to following:

| | |
|---|---|
| Joel Robert Zuckerman, Esq. | Mary A. Lau, Esq. |
| Schwartz, Zweben & Associates, LLP | Lau, Lane, Pieper, Conley & McCreadie, P.A. |
| 51 Monroe St., Suite 812 | 100 South Ashley Drive, Suite 1700 |
| Rockville, MD 20850 | Tampa, FL 33602 |

/s/ Richard G. Wise
Richard G. Wise

274413v1